1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   Amanda Seabock, Esq., SBN 289900
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
6  amandas@potterhandy.com
   Attorneys for Plaintiff
7

8  Melissa T. Daugherty, SB# 227451
   E-Mail: Melissa.Daugherty@lewisbrisbois.com
9  LEWIS BRISBOIS BISGAARD & SMITH LLP
   633 West 5th Street, Suite 4000
10 Los Angeles, California 90071
   Telephone: 213.250.1800
11 Facsimile: 213.250.7900
12 LEWIS BRISBOIS BISGAARD & SMITH LLP
   Stephen E. Abraham, SB# 172054
13 E-Mail: Stephen.Abraham@lewisbrisbois.com
   650 Town Center Drive, Suite 1400
14 Costa Mesa, CA 92626
15 Telephone: 714.668.5562
   Facsimile: 714.850.1030
16 Attorneys for Defendants
   Douglas Emmett 2014, LLC and Golden Road
17 Food Services, LLC

18                    UNITED STATES DISTRICT COURT
19                   CENTRAL DISTRICT OF CALIFORNIA

20 | BRIAN WHITAKER,                          | Case No.: 2:20-cv-09644-ODW-MAA
21 |       Plaintiff,                         | **JOINT STIPULATION FOR**
22 | v.                                       | **DISMISSAL PURSUANT TO**
   |                                          | **F.R.C.P. 41 (a)(1)(A)(ii)**
23 | DOUGLAS EMMETT 1998, LLC, a              |
   | Delaware Limited Liability Company;      |
   | GOLDEN ROAD FOOD SERVICES, LLC,          |
24 | a California Limited Liability Company,  |
25 |       Defendants.                        |

26      Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
27 parties hereto that this action may be dismissed with prejudice as to all parties; each
28

party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 28, 2021   CENTER FOR DISABILITY ACCESS

           By: <u>/s/ Amanda Seabock</u>
             Amanda Seabock
             Attorneys for Plaintiff

Dated: April 28, 2021   LEWIS BRISBOIS BISGAARD & SMITH LLP

           By: <u>/s/ Stephen E. Abraham</u>
             Melissa T. Daugherty
             Stephen E. Abraham
             Attorneys for Defendants
             Douglas Emmett 2014, LLC and
             Golden Road Food Services, LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Stephen E. Abraham, counsel for Douglas Emmett 1998, LLC and Golden Road Food Services, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: April 28, 2021           CENTER FOR DISABILITY ACCESS

                    By:    /s/ Amanda Seabock
                           Amanda Seabock
                           Attorneys for Plaintiff